**Jowell FINLEY, Plaintiff–Appellant,**

v.

**D. GONZALES; et al., Defendants–Appellees.**

**No. 06–15195.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2007.*

Filed Aug. 22, 2007.

Jowell Finley, Represa, CA, pro se.

Alvin Gittisriboongul, Attorney General's Office for the State of California, Sacramento, CA, for Defendants–Appellees.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

439

## MEMORANDUM **

Jowell Finley, a California state prisoner, appeals pro se from the district court's summary judgment in favor of defendants in Finley's 42 U.S.C. § 1983 action alleging violations of his Eighth Amendment rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's grant of summary judgment, *Barnett v. Centoni*, 31 F.3d 813, 815 (9th Cir.1994) (per curiam), and we affirm.

The district court properly granted summary judgment on Finley's failure-to-protect claim because Finley did not raise a triable issue as to whether defendants were deliberately indifferent to his safety where defendants twice notified their commanding officer of Finley's concerns regarding an alleged threat from his cellmate. *See Farmer v. Brennan*, 511 U.S. 825, 837–39, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

